No. 939. WRIGHT *v.* UNITED STATES. June 1, 1937. Petition for writ of certiorari to the Court of Claims granted. *Mr. Ashby Williams* for petitioner. *Solicitor General Reed, Assistant Attorney General Whitaker* and *Mr. Paul A. Sweeney* for the United States.

Nos. 1024 and 1025. ALABAMA POWER Co. *v.* ICKES, FEDERAL EMERGENCY ADMINISTRATOR OF PUBLIC WORKS, ET AL.; and

No. 1026. IOWA CITY LIGHT & POWER CO. *v.* SAME. June 1, 1937. Petition for writs of certiorari to the United States Court of Appeals for the District of Columbia granted. *Messrs. Newton D. Baker, Perry W. Turner, Walter B. Guy*, and *Wayne G. Cook* for petitioners. *Solicitor General Reed, Assistant Attorney General Morris, Assistant Attorney General Whitaker*, and *Messrs. John W. Scott, Edward H. Foley,* and *Jerome N. Frank* for respondents.

No. 1027. FRAD *v.* KELLY, U. S. MARSHAL. June 1, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. Louis Karasik* for petitioner. No appearance for respondent.

No. 849. OHIO EX REL. GREEN *v.* KING, CLERK, ET AL. April 12, 1937. Petition for writ of certiorari to the Supreme Court of Ohio and motion for leave to proceed further *in forma pauperis* denied. *Mr. Carl Green, pro se.* No appearance for respondents.